**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LEXINGTON INSURANCE COMPANY, as subrogee of South Loop Development II, LLC,

Plaintiff,

v.

JOHNSON CONTROLS, INC., *et al.*,

Defendants.

JOHNSON CONTROLS, INC.,

Defendant/Third-Party Plaintiff

v.

AMS MECHANICAL SYSTEM, INC.,

Third-Party Defendant.

Case No. 20-cv-00630

**ROUTINE MOTION FOR SUBSTITUTION OF ATTORNEYS**

Pursuant to Rule 83.17 of the Local Rules of The United States District Court for the Northern District of Illinois, Defendant, JOHNSON CONTROLS INC., respectfully requests this Honorable Court for leave to substitute counsel in this cause, allowing current counsel of record for Defendant, KOPON AIRDO LLC, to withdraw as counsel for Defendant, and allowing TRESSLER LLP leave to file its appearance on behalf of Defendant in lieu thereof. A copy of the signed Substitution of Counsel is attached as **Exhibit A**. Tressler LLP's Attorney Appearance Form on behalf of Johnson Controls, Inc. is attached as **Exhibit B**.

Dated: November 16, 2021

Respectfully submitted,

/s/ Colette Kopon

Colette Kopon
TRESSLER LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 768-2211
ckopon@tresslerllp.com
Attorneys for Defendant