**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**LEXINGTON INSURANCE COMPANY,**
**as subrogee of South Loop Development II, LLC**
Plaintiff,

v.

**JOHNSON CONTROLS, INC., *et al.*,**

Defendants.

Court No.: **20-cv-00630**

## SUBSTITUTION OF ATTORNEYS

Defendant, JOHNSON CONROLS INC., by and through its counsel, KOPON AIRDO LLC, hereby consents to the withdrawal of KOPON AIRDO, LLC, as its counsel of record, and to the substitution of TRESSLER LLP as its counsel.

By: ______________________
Michael A. Airdo

Kopon Airdo, LLC
111 E. Wacker, Suite 500
Chicago, IL 60601
P: 312.506.4450
F: 312.506.4460
Firm No.: 45039
mairdo@koponairdo.com

TRESSLER LLP hereby enters their Appearance as counsel for Defendant, **JOHNSON CONTROLS, INC.**

By: **/s/ Colette Kopon**

**Colette Kopon** **ckopon**@tresslerllp.com)
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
**Attorney No. 6318262**

EXHIBIT A