**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Lexington Ins. v. Johnson Controls, Inc.

Case Number: 20-cv-630

An appearance is hereby filed by the undersigned as attorney for:
Johnson Controls, Inc.

Attorney name (type or print): Colette Kopon

Firm: TRESSLER LLP

Street address: 233 S. Wacker Dr., 61st Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6318262
(See item 3 in instructions)

Telephone Number: 312 768-2211

Email Address: ckopon@tresslerllp.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 16, 2021

Attorney signature: S/ Colette Kopon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

EXHIBIT B